101 A.3d 1148

Vamsidhar VURIMINDI, Petitioner

v.

COMMONWEALTH of Pennsylvania, Respondent.

No. 130 EM 2014.

Supreme Court of Pennsylvania.

Oct. 8, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of October, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

101 A.3d 1148

Tyree LAWSON, Petitioner

v.

UNKNOWN ACTOR(S) OF The CITY OF PHILADELPHIA COURT OF COMMON PLEAS OFFICE of Clerk of Courts and/or Bail Refund Unit and Bail Commissioners, Respondents.

No. 125 EM 2014.

Supreme Court of Pennsylvania.

Oct. 8, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of October, 2014, the Petition for Writ of Mandamus is **DENIED.**